IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IN RE THE APPLICATION OF CHRISTOPHER ODDY, | ) CIVIL NO. 11-00715 LEK-KSC ) ) FINDINGS AND |
| Petitioner, | ) RECOMMENDATION TO GRANT ) PETITIONER'S MOTION FOR |
| vs. | ) NECESSARY EXPENSES ) |
| JAHNA MORRIS, | ) ) |
| Respondent. | ) ) |

FINDINGS AND RECOMMENDATION TO GRANT
PETITIONER'S MOTION FOR NECESSARY EXPENSES

Before the Court is Petitioner Christopher Oddy's ("Petitioner") Motion for Necessary Expenses ("Motion"), filed March 13, 2012. The Court finds this matter suitable for disposition without a hearing pursuant to Rule 7.2(d) of the Local Rules of Practice of the U.S. District Court for the District of Hawaii. After careful consideration of Petitioner's submissions, the Court HEREBY FINDS AND RECOMMENDS that the Motion be GRANTED.

## BACKGROUND

As the Court and the parties are familiar with the history of this case, the Court includes only those facts relevant to the disposition of the instant Motion.

On February 10, 2012, the district court issued an Order Granting Emergency Verified Petition for Return of Children to the United Kingdom Pursuant to 42 U.S.C. § 11601 ("Order"), wherein the district court ordered the return of the minor children to the United Kingdom. The district court granted Petitioner leave until March 13, 2012, to file a motion for attorneys' fees and reasonable costs pursuant to 42 U.S.C. § 11607.

The present Motion followed.

## DISCUSSION

Petitioner requests $6,433.53 in expenses - $1,077.00 for court costs, $3,582.27 for fees associated with legal services, and $1,774.26 for transportation costs - pursuant to 42 U.S.C. § 11607. Section 11607(b) provides, in pertinent part:

> (3) Any court ordering the return of a
> child pursuant to an action brought under
> section 11603 of this title shall order
> the respondent to pay necessary expenses
> incurred by or on behalf of the
> petitioner, including court costs, legal
> fees, foster home or other care during the
> course of proceedings in the action, and
> transportation costs related to the return
> of the child, unless the respondent
> establishes that such order would be
> clearly inappropriate.

42 U.S.C. § 11607(b)(3). Insofar as the district court ordered the return of the minor children to the United Kingdom, the Court must order Respondent to pay Petitioner's necessary expenses, including court costs, legal fees, and transportation costs related to the return of the children. Id. An award of expenses is particularly appropriate where, as here, Respondent has neither opposed the Motion nor established that an order awarding expenses would be clearly inappropriate.

The Court has reviewed Petitioner's requested fees and expenses, along with the supporting documentation, and finds that the court costs, legal fees, and travel costs are compensable, as all were reasonably and necessarily incurred in connection with

this action.  Cuellar v. Joyce, 603 F.3d 1142, 1143-44 (9th Cir. 2010).  Accordingly, the Court recommends that the district court award Petitioner **$6,433.53** in fees and expenses.

CONCLUSION

Based on the foregoing, the Court HEREBY FINDS AND RECOMMENDS that Petitioner's Motion, filed March 13, 2012, be GRANTED and that Respondent be directed to remit payment to Petitioner by **June 14, 2012.**

IT IS SO FOUND AND RECOMMENDED.

Dated:  Honolulu, Hawaii, May 24, 2012.



_____
Kevin S.C. Chang
United States Magistrate Judge

CV 11-00715 LEK-KSC; ODDY V. MORRIS; FINDINGS AND RECOMMENDATION
TO GRANT PETITIONER'S MOTION FOR NECESSARY EXPENSES