# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

IN RE THE APPLICATION OF      )          CV 11-00715 LEK KSC
CHRISTOPHER ODDY,             )
                             )
    Petitioner,         )
                             )
    vs.                 )
                             )
JAHNA MORRIS,                 )
                             )
    Respondent.         )
_____

## ORDER ADOPTING MAGISTRATE JUDGE'S
## FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on May 25, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendations To Grant Petitioner's Motion For Necessary Expenses" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, June 19, 2012.



    /S/ Leslie E. Kobayashi
    Leslie E. Kobayashi
    United States District Judge